*Company, Ltd.*, v. *Bobinski*, 234 id. 879; *Russo* v. *McGibbon*, 246 id. 542.)    Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ., concur.

HENRY BERWALDT and MAY H. BERWALDT, Respondents, v. HERBERT A. R. ZEHRLAUT, Appellant.— Motion to resettle order dated February 14, 1936, granted to the extent of striking therefrom the words " with ten dollars costs and disbursements to the respondents." [See *ante*, p. 732.] Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

DORA BLACK, Plaintiff, v. LAURA B. SCHNITZER, Defendant-Respondent; BENJ. FRINDEL, Impleaded Defendant, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs.    Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

JACQUELINE CAPUTO, Appellant, v. GEORGE A. THOMPSON and JOHN J. THOMPSON, Respondents.— Motion for reargument granted, without costs. [See *ante*, p. 797.] Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ. Upon reargument, the order of the City Court of White Plains setting aside the verdict rendered in plaintiff's favor is modified so as to provide for a new trial. As so modified the order is unanimously affirmed, with costs to respondents. The court, upon setting aside the verdict, should have granted a new trial; and the omission may be supplied by this court.    (Civ. Prac. Act, § 105.)    Present — Young, Hagarty, Davis, Johnston and Adel, JJ.

CESTONE CONSTRUCTION CO., INC., Appellant, v. VILLAGE OF DOBBS FERRY, Respondent.— Motion for reargument denied, with ten dollars costs.    Motion for leave to appeal to the Court of Appeals denied.    Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

GEORGE HOFMANN, Respondent, v. NEW YORK AND QUEENS ELECTRIC LIGHT AND POWER COMPANY, Defendant; KATZMAN & CHASSEN, Attorneys, Appellants. — Motion to resettle order of this court dated March 27, 1936, with respect to the order of the Special Term entered January 29, 1936, granted to the extent of striking from the order of this court the words " without costs " and by inserting in place thereof a provision awarding to the appellants their disbursements, to be taxed, payable when the substitution is made. [See *ante*, p. 819.]    Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

In the Matter of the Application of BOARDWALK AMUSEMENT COMPANY, INC., for an Order Taxing the Disbursements Necessarily Incurred by It in the Proceedings Entitled in the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title, etc., Required for the Purpose of Opening and Extending the Bowery from West Sixteenth Street to Its Easterly Terminus at Jones' Walk, etc., in the Borough of Brooklyn, City of New York, Pursuant to the Provisions of Section 992 of the Greater New York Charter, as Amended.    THE CITY OF NEW YORK, Appellant; BOARDWALK AMUSEMENT COMPANY, INC., Respondent. — Motion for reargument denied.    Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 313.]    Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee to the Real Property Required for the Public Park (Bounded by One Hundred and Fifty-fifth [Fifteenth] Street, Twenty-ninth [Bayside] Avenue, One Hundred and Fifty-ninth Street, and Thirty-second [Myrtle] Avenue), and

for the Opening and Extending of Twenty-ninth (Bayside) Avenue from One Hundred and Fifty-fifth Street to One Hundred and Fifty-ninth Street, and Other Streets Consolidated Therewith, in the Borough of Queens, City of New York. In re Application of JOHN P. DALY for Payment of Award Made for Damage Parcels Nos. 23, 24, 25 and 26 in the Proceedings to Acquire Title to Public Park Bounded by One Hundred and Fifty-fifth (Fifteenth) Street, Twenty-ninth (Bayside) Avenue, etc., in the Borough of Queens, City of New York. In re Cross-Motion of HERMAN JACOBSON, FREDERICK PRISCO, E. STEWART WILLEY and CARL S. HEIDENREICH for Payment of Said Awards in Said Proceedings to Said Cross-Movants. JOHN P. DALY, Petitioner-Appellant; HERMAN JACOBSON, FREDERICK PRISCO, E. STEWART WILLEY and CARL S. HEIDENREICH, Claimants-Respondents.— Motion for reargument denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

In the Matter of the Application of SOL DOUGLAS, Petitioner, for a Certiorari Order against FRANK F. ADEL, a Justice of the Supreme Court of the State of New York, Respondent.— Motion for leave to appeal to the Court of Appeals from order of this court dated March 20, 1936, denying petitioner's motion to resettle order of certiorari, denied. Motion for leave to appeal to the Court of Appeals from order of this court dated February 7, 1936, denying petitioner's notice to compel the filing of a further return, denied. Motion for a stay denied. Present — Lazansky, P. J., Young, Davis and Johnston, JJ.; Adel, J., not sitting.

In the Matter of the Application of PHILIP OBST, Also Known as PHILIP ALBERT OBST, for Admission to Practice as an Attorney and Counselor at Law.—Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property of and Rehabilitate the WESTCHESTER TITLE AND TRUST COMPANY. In the Matter of Plan of Readjustment, etc., of the Rights of the Holders of Investments in Premises Situated at 285 South Columbus Avenue, City of Mount Vernon, County of Westchester, State of New York, and Guaranteed by WESTCHESTER TITLE AND TRUST COMPANY Designated as Mortgage No. 5462 of Such Company. FRED R. RIGHTMIRE, as Executor, etc., of RICHARD H. LIPPINCOTT, Deceased, Petitioner-Appellant; WENDELL C. BARKER and Others, Constituting the Mortgage Commission of the State of New York, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of JOHN J. RIORDAN, an Attorney and Counselor at Law.— Motion to amend petition granted. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of FRANCES W. TYSEN, RUTH GIFFORD TYSEN and HENRY H. NUTT, as Executors and Trustees under the Last Will and Testament and Codicils Thereto of DAVID J. TYSEN, Deceased. HENRY H. NUTT, as Executor and Trustee, etc., of DAVID J. TYSEN, Deceased, Appellant; MARION TYSEN NUTT, and FRANCES W. TYSEN and RUTH GIFFORD TYSEN, as Executors and Trustees, etc., of DAVID J. TYSEN, Deceased, Respondents.— See decision on the appeal herein [*post*, p. 897], decided herewith. Present — Lazansky, P. J., Young, Hagarty, Johnston and Taylor, JJ.